UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSIE J. KING,<br><br>          Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>          Defendant. | Case No. C17-1856 RSM<br><br>**ORDER TO FILE PROOF OF SERVICE OR SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROESECUTE** |

    This matter comes before the Court sua sponte. Plaintiff filed this action on December 11, 2017. Dkt. 1. Summonses were issued December 13, 2017. Dkt. 4. Plaintiff was responsible for serving the complaint and summonses and filing proof of service as required by Rule 4 of the Federal Rules of Civil Procedure within 90 days of filing. Plaintiff has not filed proof of service or requested an extension.

    Plaintiff must file proof of service on or before May 30, 2018. Failure to do so may result in dismissal for failure to prosecute.

    DATED this 24th day of May 2018.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE